UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESSUH HUSSEY,

                Petitioner,

    -against-

JOHN DOE/JANE DOE,

                Respondent.

24cv2438 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 3, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 3, 2024
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge